# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICRO MAN DISTRIBUTORS, INC.,

    Plaintiff,

v.                                Case No.  8:12-cv-480-T-30TBM

DUVEL MOORTGAT USA, LTD,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #8). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 10, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-480.dismiss 8.wpd